**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 21-57126 |
| | ) | |
| MICHAEL ANTHONY THOMAS and | ) | CHAPTER 13 |
| MARGARET QUINONES, | ) | |
| | ) | |
| | ) | |
| Debtors. | ) | |

### DEBTOR'S CHANGE OF ADDRESS

                        Updated address(es) for:   **MICHAEL ANTHONY THOMAS**

Physical Address:    3045 Millpine Court
                               Buford, Georgia 30519

                              (NO CHANGE)

Mailing Address:    Same as physical address

                        Updated address(es) for:   **MARGARET QUINONES**

Physical Address:    2220 Executive Dr
                               Duluth, Georgia 30096

Mailing Address:    Same as physical address

Furnished by:    **BERRY & ASSOCIATES**
                           2751 Buford Highway
                           Suite 600
                           Atlanta, Georgia 30324

Date:    September 6, 2022