UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| MICHAEL ANTHONY THOMAS, and | ) | |
| MARGARET QUINONES, | ) | CASE NO: 21-57126-PMB |
|     Debtors. | ) | |

NOTICE OF ASSIGNMENT OF HEARING ON
DEBTOR'S MOTION TO SEVER JOINT CASE

**PLEASE TAKE NOTICE** that *Michael Anthony Thomas* has filed a *"Motion to Sever Joint Case"* (hereinafter "Motion") and related papers with the Court seeking an Order *allowing the Debtor Husband to bifurcate his Chapter 13 from his now ex-wife.*

**PLEASE TAKE FURTHER NOTICE** that the Court will hold an initial telephonic hearing for announcements on the *Motion to Sever Joint Case"* at the following number: (toll-free number) **833-568-8864;** meeting id **161 706 9079** at **10:30 a.m**. on **October 13, 2022,** in Courtroom **1202,** United States Court House, 75 Ted Turner Drive, SW, Atlanta, GA 30303.

Matters that need to be heard further by the Court may be heard by telephone, by video conference, or in person, either on the date set forth above or on some other day, all as determined by the Court in connection with this initial telephonic hearing. Please review the "Hearing Information" tab on the judge's webpage, which can be found under the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the webpage for this Court, www.ganb.uscourts.gov for more information.

Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two business days before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, Suite 1340, 75 Ted Turner Drive, Atlanta Georgia 30303.  You must

also mail a copy of your response to the undersigned at the address stated below.

Dated:  September 9, 2022                               By:

                                                                                                __/s/_____
                                                                                                 Michael R. Rethinger
                                                                                                 Counsel for Movant
                                                                                                 Georgia Bar Number 301215

Law Offices of Michael R. Rethinger, LLC
1028 Edgewood Avenue NE
Atlanta, GA 30307
(770) 922-0066
michael@rethingerlaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **IN RE:** ) | **CHAPTER 13** |
| **MICHAEL ANTHONY THOMAS, and** ) | |
| **MARGARET QUINONES,** ) | **CASE NO: 21-57126-PMB** |
| Debtors. ) | |

**MOTION TO SEVER JOINT CASE**

**COMES NOW,** the Michael Anthony Thomas, a Debtor in the above-styled action, and by and through his attorney, applies to bifurcate his joint Chapter 13 case to a case:

1.

That this case was originally filed as a joint Chapter 13 case on September 23, 2022.

2.

The Debtor Husband, Michael Anthony Thomas, desires to bifurcate the case in order to pursue his own case as he is now divorced from the joint Debtor, and they are unable to continue in the current case together.

**WHEREFORE,** the Debtor Husband, Michael Anthony Thomas, hereby requests that the case herein be bifurcated and that he be allowed to move forward with his own Chapter 13 case.

This the 9th day of Septembers, 2022  By:

            __/s/_____
            Michael R. Rethinger
            Counsel for Movant
            Georgia Bar Number 301215

Law Offices of Michael R. Rethinger, LLC
1028 Edgewood Avenue NE

Atlanta, GA 30307
(770) 922-0066
michael@rethingerlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on the **9th day of September, 2022**, I electronically filed the foregoing **Motion to Sever Joint Case** with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record. I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

Michael Anthony Thomas
3045 Millpine Ct.
Buford, GA 30519

Margaret Quinones
2220 Executive Dr
Duluth, GA 30096

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

Matthew Thomas Berry / Jayson R. Davis / Carrie L Oxendine / Kelly D. Thomas
Matthew T. Berry & Associates
Suite 600
2751 Buford Highway, NE
Atlanta, GA 30324

Melissa J. Davey, Chapter 13 Trustee
Suite 2250
233 Peachtree Street NE
Atlanta, GA 30303

United Consumer Financial Serv.
c/o Patti H. Bass
Bass & Associates, PC
Suite 200
3936 E. Ft. Lowell Road
Tucson, AZ 85712

Bank of America, N.A.
c/o Josephine Salmon
Aldridge Pite, LLP
Fifteen Piedmont Center, Suite 500
3575 Piedmont Road, N.E.
Atlanta, GA 30305

(All creditors on attached matrix)

Dated: September 9, 2022            By:

                                              /s/
                                   Michael R. Rethinger

```
Label Matrix for local noticing        AmeriCredit Financial Services, Inc. DBA GM   AmeriCredit/GM Financial
113E-1                                  PO Box 183853                                 Attn: Bankruptcy
Case 21-57126-pmb                       Arlington, TX 76096-3853                      PO Box 183853
Northern District of Georgia                                                          Arlington, TX 76096-3853
Atlanta
Fri Sep  9 10:38:14 EDT 2022

American Profit Recovery                (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN  BANK OF AMERICA, N.A.
Attn: Bankruptcy                        PO BOX 183853                                  P.O. Box 31785
34505 W 12 Mile Road #333               ARLINGTON TX 76096-3853                        TAMPA, FL 33631-3785
Farmington Hills, MI 48331-3288


Bank of America Home Loans              Patti H. Bass                                  Matthew Thomas Berry
PO Box 650070                           Bass & Associates, PC                          Matthew T. Berry & Associates
Dallas, TX 75265-0070                   Suite 200                                      Suite 600
                                        3936 E. Ft. Lowell Road                        2751 Buford Highway, NE
                                        Tucson, AZ 85712-1083                          Atlanta, GA 30324-5457


Capital One                             Capital One Bank (USA), N.A.                   Citibank, N.A.
Attn: Bankruptcy                        4515 N Santa Fe Ave                            5800 S Corporate Pl
PO Box 30285                            Oklahoma City, OK 73118-7901                   Sioux Falls, SD 57108-5027
Salt Lake City, UT 84130-0285


Citibank/The Home Depot                 Collection Services of Athens, Inc.            (p)CARTER YOUNG INC
Citicorp Credit Srvs/Centralized Bk dept Attn: Bankruptcy                              882 N MAIN STREET
PO Box 790034                           PO Box 8048                                    SUITE 120
St Louis, MO 63179-0034                 Athens, GA 30603-8048                          CONYERS GA 30012-4442


Credit One Bank                         Melissa J. Davey                               Jayson R. Davis
Attn: Bankruptcy Department             Standing Chapter 13 Trustee                    Matthew T. Berry & Associates
PO Box 98873                            Suite 2250                                     Suite 600
Las Vegas, NV 89193-8873                233 Peachtree Street NE                        2751 Buford Highway NE
                                        Atlanta, GA 30303-1509                         Atlanta, GA 30324-5457


First Premier Bank                      Fortiva                                        (p)I C  SYSTEM  INC
Attn: Bankruptcy                        Attn: Bankruptcy                               LEGAL DEPARTMENT
PO Box 5524                             PO Box 105555                                  PO BOX 64444
Sioux Falls, SD 57117-5524              Atlanta, GA 30348-5555                         SAINT PAUL MN 55164-0444


Kohl's                                  Kohls/Capital One                              Lendmark Financial Service
Peritus Portfolio Services II, LLC      Attn: Credit Administrator                     1735 North Brown Road
PO BOX 141509                           PO Box 3043                                    Suite 300
IRVING, TX 75014-1509                   Milwaukee, WI 53201-3043                       Lawenceville, GA 30043-8228


(p)LENDMARK FINANCIAL SERVICES          Navient                                        Navient Solutions, LLC. on behalf of
2118 USHER ST                           Attn: Bankruptcy                               Ascendium Education Solutions Inc
COVINGTON GA 30014-2434                 PO Box 9640                                    PO BOX 8961
                                        Wilkes-Barre, PA 18773-9640                    Madison, WI 53708-8961


Carrie L Oxendine                       (p)PORTFOLIO RECOVERY ASSOCIATES LLC           Margaret Quinones
Matthew T. Berry & Associates           PO BOX 41067                                   2220 Executive Dr
Suite 600                               NORFOLK VA 23541-1067                          Duluth, GA 30096-8970
2751 Buford Highway NE
Atlanta, GA 30324-5457
```

```
Radius Global Solutions              SCOLOPAX, LLC                          Josephine Salmon
Attn: Bankruptcy                     c/o Weinstein & Riley, P.S.            Aldridge Pite, LLP
7831 Glenroy Rd, Ste 250             2001 Western Ave, Ste 400              Fifteen Piedmont Center, Suite 500
Edina, MN 55439-3117                 Seattle, WA 98121-3132                 3575 Piedmont Road, N.E.
                                                                            Atlanta, GA 30305-1636


Scolopax, LLC                        THE BANK OF NEW YORK MELLON FKA THE BANK    Kelly D. Thomas
C/O Weinstein & Riley, P.S.          Bank of America, N.A.                  Matthew T. Berry and Associates
2001 Western Ave., Suite #400        P.O. Box 31785                         Suite 600
Seattle, WA 98121-3132               Tampa FL 33631-3785                    2751 Buford Highway NE
                                                                            Atlanta, GA 30324-5457


Michael Anthony Thomas               United Consumer Financial Serv.        United Consumer Financial Services
3045 Millpine Ct.                    Bass & Associates, P.C.                Attn: Bankruptcy
Buford, GA 30519-6970                3936 E. Ft. Lowell Road, Suite #200    865 Bassett Road
                                     Tucson, AZ 85712-1083                  Westlake, OH 44145-1194


United Consumer Financial Services   World Finance                          World Finance Company
Bass & Associates, P.C.              World Acceptance Corporation           Attn: Bankruptcy
3936 E. Ft. Lowell Suite 200         Attn: Bankruptcy                       PO Box 6429
Tucson, AZ 85712-1083                P.O. Box 6429                          Greenville, SC 29606-6429
                                     Greenville, SC 29606-6429


World Finance Corp. c/o World Acceptance Cor    World Finance Corp/World Acceptance Corp
Attn: Bankruptcy Processing Center              Attn: Bankruptcy
PO Box 6429                                     PO Box 6429
Greenville, SC 29606-6429                       Greenville, SC 29606-6429
```

              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Americredit Financial Services, Inc.  Collectron Of Atlanta/Carter-Young   I C System
Dba GM Financial                      Attention: Bankruptcy                Attn: Bankruptcy
P O Box 183853                        882 N. Main St NW, Suite 120         444 Highway 96 East
Arlington, TX 76096                   Conyers, GA 30012                    Saint Paul, MN 55127


(d)IC Systems, Inc                    Lendmark Financial Services, LLC     Portfolio Recovery Associates, LLC
Attn: Bankruptcy                      2118 Usher Street                    POB 41067
PO Box 64378                          Covington, GA 30014                  Norfolk, VA 23541
St. Paul, MN 55164
```

              The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Bank of America, N.A.              End of Label Matrix
                                      Mailable recipients    43
                                      Bypassed recipients     1
                                      Total                  44
```