## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) CASE NO. 21-57126-PMB |
| MICHAEL ANTHONY THOMAS, | ) |
| MARGARET QUINONES, | ) CHAPTER 13 |
| _____Debtor._____ | ) |

### MOTION TO WITHDRAW AS COUNSEL

COMES NOW Berry and Associates, counsel-of-record for the Debtor in the above-styled Chapter 13 case, and pursuant to Local Rule 9010-5(b) ND Ga., files this "Motion to Withdraw as Counsel" ("Motion"), showing to this Court the following:

1.

This Court has jurisdiction in this matter pursuant to 28 U.S.C. Section 1334, 28 U.S.C. Section 151, and 28 U.S.C. Section 157.

2.

This Court is the proper venue for this matter pursuant to 28 USC Section 1409.

3.

This matter is a core proceeding within the contemplation of 28 U.S.C. Section 157.

4.

Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code September 23, 2021 and is eligible for relief under 11 U.S.C. §109.

5.

A conflict of interest has arisen such that Berry and Associates cannot effectively represent the Debtor's best interests in this case. Specifically, Debtors are in the process of a

divorce, a conflict which makes further representation impossible.

6.

Debtor has been informed of counsel's intention to withdraw via a letter dated and mailed September 6, 2022. The notice meets all of the requirements of LR 9010-5(b) ND Ga. A copy of the letter is attached hereto.

7.

Any party with objection to this motion must file a written objection, stating the grounds therefore, within fourteen days from the date of service of this motion with the Clerk, U. S. Bankruptcy Court, 1340 U. S. Courthouse, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303-3367.

WHEREFORE, Debtor prays:
(a) That this Motion be filed, read, and considered;
(b) That this Honorable Court grant this Motion; and,
(c) That this Honorable Court grant such further relief as it may deem just and proper.

Respectfully submitted,

/s/
Carrie Oxendine
GA Bar No. 141478
Attorney for Debtor
BERRY AND ASSOCIATES
2751 Buford Hwy, Suite 600
Atlanta, GA 30324
(404) 235-3300
coxendine@mattberry.com

**BERRY & ASSOCIATES**

Phone     (404) 235-3300
Toll-free  (800) 720-8620
Fax       (404) 235-3333

September 6, 2022

Michael Anthony Thomas
3045 Millpine Court
Buford, Georgia 30519

RE:  Your Bankruptcy; Case No 21-57126 - PMB

Dear Mr. Thomas,

Due to the conflict arising from your pending divorce, Berry & Associates can no longer effectively represent you. Because of this conflict, I will file a "Motion to Withdraw as Counsel" in your case **FOURTEEN DAYS FROM THE DATE OF THIS LETTER.**

Our withdrawal as your counsel will not affect the course or proceedings of your case. The United States Bankruptcy Court for the Northern District of Georgia will retain jurisdiction over your Chapter 13 case. You will be responsible for going forward in your case and to prepare for, attend and participate in any hearing, trial, conference and discovery proceeding, which is scheduled. The clerk's office is located at 75 Ted Turner Drive, South West, Atlanta, GA 30303 room 1340. The phone number is 404-215-1000.

You have fourteen days from the date of service of this notice to contact our office to state any objections that you have to our withdrawal from the case. You will also receive notice of our "Motion to Withdraw as Counsel" once that is filed. You may also file any objection that you have to that motion with the clerk's office pursuant to the instructions in that motion.

There are no scheduled hearings or applicable deadlines in the instant case and should there be any the holding of such hearings or deadlines will not be affected by our withdrawal as counsel.

Once the Court enters its order allowing us to withdraw, you should notify the Clerk of the Court of whether you intend to proceed pro se (without counsel) or whether you have obtained new counsel. New counsel should file its appearance with the Court as soon as possible. You also must notify the Clerk of the Court of your correct mailing address, being sure to keep them up-to-date with that information. Pleadings and correspondence will be served directly on you until new counsel enters an appearance. Failure to follow-through on any of these responsibilities

If you have any questions, do not hesitate to contact this office.

Sincerely,

Carrie Oxendine
Attorney at Law

Served via regular

**BERRY & ASSOCIATES**

Phone    (404) 235-3300
Toll-free (800) 720-8620
Fax    (404) 235-3333

September 6, 2022

Margaret Quinones
2220 Executive Dr.
Duluth, Georgia 30324

RE: Your Bankruptcy; Case No 21-57126 - PMB

Dear Ms. Quinones,

Due to the conflict arising from your pending divorce, Berry & Associates can no longer effectively represent you. Because of this conflict, I will file a "Motion to Withdraw as Counsel" in your case **FOURTEEN DAYS FROM THE DATE OF THIS LETTER.**

Our withdrawal as your counsel will not affect the course or proceedings of your case. The United States Bankruptcy Court for the Northern District of Georgia will retain jurisdiction over your Chapter 13 case. You will be responsible for going forward in your case and to prepare for, attend and participate in any hearing, trial, conference and discovery proceeding, which is scheduled. The clerk's office is located at 75 Ted Turner Drive, South West, Atlanta, GA 30303 room 1340. The phone number is 404-215-1000.

You have fourteen days from the date of service of this notice to contact our office to state any objections that you have to our withdrawal from the case. You will also receive notice of our "Motion to Withdraw as Counsel" once that is filed. You may also file any objection that you have to that motion with the clerk's office pursuant to the instructions in that motion.

There are no scheduled hearings or applicable deadlines in the instant case and should there be any the holding of such hearings or deadlines will not be affected by our withdrawal as counsel.

Once the Court enters its order allowing us to withdraw, you should notify the Clerk of the Court of whether you intend to proceed pro se (without counsel) or whether you have obtained new counsel. New counsel should file its appearance with the Court as soon as possible. You also must notify the Clerk of the Court of your correct mailing address, being sure to keep them up-to-date with that information. Pleadings and correspondence will be served directly on you until new counsel enters an appearance. Failure to follow-through on any of these responsibilities

If you have any questions, do not hesitate to contact this office.

Sincerely,

*[signature]*

Carrie Oxendine
Attorney at Law

Served via regular

2751 Buford Highway • Suite 600 • Atlanta, Georgia 30324

## CERTIFICATE OF SERVICE

      I hereby certify that on the 20th day of September, 2022, I electronically filed the foregoing Motion to Withdraw as Counsel with the Clerk of Court using the CM/ECF system which will automatically send an e-mail notification of such filing to the parties or attorneys of record. I have also on this day caused a copy of the pleading to be placed in the first-class United States mail, postage prepaid, addressed to the following recipients not participating in the CM/ECF system as follows:

Melissa J. Davey
Chapter 13 Trustee
233 Peachtree Street NE, Suite 2250
Atlanta GA 30303

Michael A. Thomas
3045 Millpine Court
Buford GA 30519

Margaret Quinones
2220 Executive Dr
Duluth GA 30096

(Plus to all Creditors on the attached Creditor Mailing Matrix)

This the 20th day of September, 2022.

                                                                   /s/
                                                    Carrie Oxendine
                                                    Attorney for the Debtor

BERRY & ASSOCIATES
2751 Buford Highway, Suite 600
Atlanta, GA 30324
(404) 235-3300

```
Label Matrix for local noticing       AmeriCredit Financial Services, Inc DBA GM   AmeriCredit/GM Financial
113E-1                                 PO Box 183853                                Attn: Bankruptcy
Case 21-57126-pmb                      Arlington, TX 76096-3853                     PO Box 183853
Northern District of Georgia                                                        Arlington, TX 76096-3853
Atlanta
Tue Sep 20 09:20:34 EDT 2022

American Profit Recovery              (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN  BANK OF AMERICA, N.A.
Attn: Bankruptcy                       PO BOX 183853                                P.O. Box 31785
34505 W 12 Mile Road #333              ARLINGTON TX 76096-3853                      TAMPA, FL 33631-3785
Farmington Hills, MI 48331-3288


Bank of America Home Loans            Patti H. Bass                                Matthew Thomas Berry
PO Box 650070                          Bass & Associates, PC                        Matthew T. Berry & Associates
Dallas, TX 75265-0070                  Suite 200                                    Suite 600
                                       3936 E. Ft. Lowell Road                      2751 Buford Highway, NE
                                       Tucson, AZ 85712-1083                        Atlanta, GA 30324-5457

Capital One                           Capital One Bank (USA), N.A.                  Citibank, N.A.
Attn: Bankruptcy                       4515 N Santa Fe Ave                          5800 S Corporate Pl
PO Box 30285                           Oklahoma City, OK 73118-7901                 Sioux Falls, SD 57108-5027
Salt Lake City, UT 84130-0285


Citibank/The Home Depot               Collection Services of Athens, Inc.          (p)CARTER YOUNG INC
Citicorp Credit Srvs/Centralized Bk dept  Attn: Bankruptcy                         882 N MAIN STREET
PO Box 790034                          PO Box 8048                                  SUITE 120
St Louis, MO 63179-0034                Athens, GA 30603-8048                        CONYERS GA 30012-4442


Credit One Bank                       Melissa J. Davey                             Jayson R. Davis
Attn: Bankruptcy Department            Standing Chapter 13 Trustee                  Matthew T. Berry & Associates
PO Box 98873                           Suite 2250                                   Suite 600
Las Vegas, NV 89193-8873               233 Peachtree Street NE                      2751 Buford Highway NE
                                       Atlanta, GA 30303-1509                       Atlanta, GA 30324-5457

First Premier Bank                    Fortiva                                      (p)I C  SYSTEM  INC
Attn: Bankruptcy                       Attn: Bankruptcy                             LEGAL DEPARTMENT
PO Box 5524                            PO Box 105555                                PO BOX 64444
Sioux Falls, SD 57117-5524             Atlanta, GA 30348-5555                       SAINT PAUL MN 55164-0444


Kohl's                                Kohls/Capital One                            Lendmark Financial Service
Peritus Portfolio Services II, LLC     Attn: Credit Administrator                   1735 North Brown Road
PO BOX 141509                          PO Box 3043                                  Suite 300
IRVING, TX 75014-1509                  Milwaukee, WI 53201-3043                     Lawenceville, GA 30043-8228


(p)LENDMARK FINANCIAL SERVICES        Navient                                      Navient Solutions, LLC. on behalf of
2118 USHER ST                          Attn: Bankruptcy                             Ascendium Education Solutions Inc
COVINGTON GA 30014-2434                PO Box 9640                                  PO BOX 8961
                                       Wilkes-Barre, PA 18773-9640                  Madison, WI 53708-8961


Carrie L Oxendine                     (p)PORTFOLIO RECOVERY ASSOCIATES LLC         Margaret Quinones
Matthew T. Berry & Associates          PO BOX 41067                                 2220 Executive Dr
Suite 600                              NORFOLK VA 23541-1067                        Duluth, GA 30096-8970
2751 Buford Highway NE
Atlanta, GA 30324-5457
```

```
Radius Global Solutions              Michael R. Rethinger                    SCOLOPAX, LLC
Attn: Bankruptcy                     Law Offices of Michael R. Rethinger, LLC c/o Weinstein & Riley, P.S.
7831 Glenroy Rd, Ste 250             1028 Edgewood Avenue NE                 2001 Western Ave, Ste 400
Edina, MN 55439-3117                 Atlanta, GA 30307-2542                  Seattle, WA 98121-3132


Josephine Salmon                     Scolopax, LLC                           THE BANK OF NEW YORK MELLON FKA THE BANK
Aldridge Pite, LLP                   C/O Weinstein & Riley, P.S.             Bank of America, N.A.
Fifteen Piedmont Center, Suite 500   2001 Western Ave., Suite #400           P.O. Box 31785
3575 Piedmont Road, N.E.             Seattle, WA 98121-3132                  Tampa FL 33631-3785
Atlanta, GA 30305-1636


Kelly D. Thomas                      Michael Anthony Thomas                  United Consumer Financial Serv.
Matthew T. Berry and Associates      3045 Millpine Ct.                       Bass & Associates, P.C.
Suite 600                            Buford, GA 30519-6970                   3936 E. Ft. Lowell Road, Suite #200
2751 Buford Highway NE                                                       Tucson, AZ 85712-1083
Atlanta, GA 30324-5457


United Consumer Financial Services   United Consumer Financial Services      World Finance
Attn: Bankruptcy                     Bass & Associates, P.C.                 World Acceptance Corporation
865 Bassett Road                     3936 E. Ft. Lowell Suite 200            Attn: Bankruptcy
Westlake, OH 44145-1194              Tucson, AZ 85712-1083                   P.O. Box 6429
                                                                             Greenville, SC 29606-6429


World Finance Company                World Finance Corp. c/o World Acceptance Cor  World Finance Corp/World Acceptance Corp
Attn: Bankruptcy                     Attn: Bankruptcy Processing Center      Attn: Bankruptcy
PO Box 6429                          PO Box 6429                             PO Box 6429
Greenville, SC 29606-6429            Greenville, SC 29606-6429               Greenville, SC 29606-6429
```

               The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
               by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Americredit Financial Services, Inc.  Collectron Of Atlanta/Carter-Young      I C System
Dba GM Financial                      Attention: Bankruptcy                   Attn: Bankruptcy
P O Box 183853                        882 N. Main St NW, Suite 120            444 Highway 96 East
Arlington, TX 76096                   Conyers, GA 30012                       Saint Paul, MN 55127


(d)IC Systems, Inc                    Lendmark Financial Services, LLC        Portfolio Recovery Associates, LLC
Attn: Bankruptcy                      2118 Usher Street                       POB 41067
PO Box 64378                          Covington, GA 30014                     Norfolk, VA 23541
St. Paul, MN 55164
```

               The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Bank of America, N.A.              End of Label Matrix
                                      Mailable recipients   44
                                      Bypassed recipients    1
                                      Total                 45
```