UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| MARGARET QUINONES, | CHAPTER 13 |
| DEBTOR | CASE NO. 22-58535-PMB |

**FIRST REQUEST TO CONVERT FROM CHAPTER 13 TO CHAPTER 7**

COMES NOW Debtor, Margaret Quinones, by and through counsel, and respectfully requests that this Chapter 13 case be converted to a case under Chapter 7.

This October 24, 2022

                                                 Respectfully Submitted,
                                                 JEFF FIELD & ASSOCIATES

                                                 /s/ Christopher J. Sleeper
                                                 _____
                                                 CHRISTOPHER J. SLEEPER
                                                 Attorney for Debtor
                                                 State Bar No. 700884
                                                 342 North Clarendon Avenue
                                                 Scottdale, GA 30079
                                                 404-499- 2700
                                                 contactus@fieldlawoffice.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| | |
| MARGARET QUINONES, | CHAPTER 13 |
| | CASE NO. 22-58535-PMB |
| DEBTOR | |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and exact copy of the foregoing "First Request to Convert from Chapter 13 to Chapter 7" to the following:

Melissa J. Davey, Chapter 13 Trustee          *Electronically*

Margaret Quinones
342 N. Clarendon Ave
Scottdale, GA 30079

by electronic service upon filing with the Court or by placing a copy of same in a properly addressed envelope with sufficient postage affixed thereon to insure delivery and depositing same in the United States Mail.

Dated: October 24, 2022                    Respectfully Submitted,
                                           JEFF FIELD & ASSOCIATES

                                           /s/ Christopher J. Sleeper
                                           _____
                                           CHRISTOPHER J. SLEEPER
                                           Attorney for Debtor
                                           State Bar No. 700884

342 North Clarendon Avenue
Scottdale, GA 30079
404-499- 2700
contactus@fieldlawoffice.com