



Powered By: my-eSTUB.com

**Northeast Georgia Medical Center**
743 Spring Street NE
Gainsville, GA 30501

## Earnings Record

| Employee | Employee No. | Check No. |
|---|---|---|
| Quinones, Margaret | 49801 | 04273060 |
|  | Period End | Pay Date |
|  | 07-17-2022 | 07-22-2022 |

### Direct Deposit Accounts

| Account Number | Deposit Amount |
|---|---|
| XXXXX1747 | 1,555.47 |

## Statement of Earnings and Deductions

### Earnings

| Description | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular | 75.50 | 23.39 | 1,765.95 | 22,971.84 |
| PDO-Holi | 8.00 | 23.39 | 187.12 | 304.07 |
| Overtime | 3.25 | 35.09 | 114.03 | 2,095.46 |
| PDO-Vac |  |  |  | 811.73 |
| PDO-Uns |  |  |  | 645.91 |
| Sick-PDO |  |  |  | 361.28 |
| WE-Diff |  |  |  | 29.50 |
| Giftcert |  |  |  | 10.00 |
| Shift-2 |  |  |  | 4.88 |

### Deductions

| Description | Current | YTD |
|---|---|---|
| 401K-EE | 41.34 | 544.49 |
| Dental | 11.98 | 179.70 |
| Med PPO | 71.53 | 1072.95 |
| V-Vision | 10.43 | 156.45 |
| Std Ins | 10.56 | 158.40 |
| Sp Life | 2.64 | 39.60 |
| Ch Life | 0.83 | 12.45 |
| MC-Pharm | 9.98 | 309.34 |
| Fndation | 4.00 | 60.00 |
| EE Life | 7.20 | 108.00 |
| AD&D-Fam | 0.92 | 13.80 |
| Scrub Cl |  | 234.16 |

### Company Paid Benefits

| Description | Current | YTD |
|---|---|---|
| 401K-CO | 31.01 | 408.38 |
| LTD-CO | 5.43 | 77.61 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Medicare | 28.61 | 374.47 |
| Soc Sec | 122.34 | 1601.19 |
| Fed W/H | 111.78 | 1292.28 |
| GA W/H | 77.49 | 955.48 |

### Totals

| Description | Current | YTD |
|---|---|---|
| Gross Pay | 2,067.10 | 27,234.67 |
| Taxable Wages | 1,931.82 | 25,281.08 |
| Taxes | 340.22 | 4,223.42 |
| Deductions | 171.41 | 2,889.34 |
| Net Pay | 1,555.47 | 20,111.91 |



Northeast Georgia Medical Center
743 Spring Street NE
Gainsville, GA 30501

Powered By:


## Earnings Record

| Employee | Employee No. | Check No. |
|---|---|---|
| Quinones, Margaret |  | 04320179 |
|  | Period End | Pay Date |
|  | 09-25-2022 | 09-30-2022 |

## Direct Deposit Accounts

| Account Number | Deposit Amount |
|---|---|
| XXXXX1747 | 1,407.84 |

## Statement of Earnings and Deductions

### Earnings

| Description | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular | 66.00 | 24.56 | 1,620.96 | 31,301.13 |
| Overtime | 5.75 | 36.84 | 211.83 | 3,288.06 |
| PDO-Uns | 1.00 | 24.56 | 24.56 | 1,241.19 |
| Imp Life |  | 0.14 | 0.28 |  |
| PDO-Vac |  |  |  | 954.41 |
| Sick-PDO |  |  |  | 557.76 |
| PDO-Holi |  |  |  | 377.75 |
| WE-Diff |  |  |  | 105.00 |
| Giftcert |  |  |  | 10.00 |
| Shift-2 |  |  |  | 4.88 |

### Deductions

| Description | Current | YTD |
|---|---|---|
| 401K-EE | 37.15 | 756.60 |
| Dental | 11.98 | 239.60 |
| Med PPO | 71.53 | 1430.60 |
| V-Vision | 10.43 | 208.60 |
| Std Ins | 10.56 | 211.20 |
| Sp Life | 2.64 | 52.80 |
| Ch Life | 0.83 | 16.60 |
| MC-Pharm | 4.55 | 369.66 |
| Fndation | 4.00 | 80.00 |
| EE Life | 7.20 | 144.00 |
| AD&D-Fam | 0.92 | 18.40 |
| Scrub Cl |  | 234.16 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Medicare | 25.57 | 521.44 |
| Soc Sec | 109.34 | 2229.62 |
| Fed W/H | 87.13 | 1882.96 |
| GA W/H | 65.68 | 1358.18 |

### Company Paid Benefits

| Description | Current | YTD |
|---|---|---|
| 401K-CO | 27.86 | 567.47 |
| LTD-CO | 5.70 | 105.30 |

### Totals

| Description | Current | YTD |
|---|---|---|
| Gross Pay | 1,857.49 | 37,840.46 |
| Taxable Wages | 1,726.40 | 35,205.06 |
| Taxes | 287.72 | 5,992.20 |
| Deductions | 161.79 | 3,762.22 |
| Net Pay | 1,407.84 | 28,075.76 |


Northeast Georgia Medical Center

Northeast Georgia Medical Center
743 Spring Street NE
Gainsville, GA 30501

Powered By:

my-eStub.com

## Earnings Record

| Employee | Employee No. | Check No. |
|---|---|---|
| **Quinones, Margaret** | | 04310703 |
| | Period End | Pay Date |
| | 09-11-2022 | 09-16-2022 |

## Direct Deposit Accounts

| Account Number | Deposit Amount |
|---|---|
| XXXXX1747 | 1,550.99 |

## Statement of Earnings and Deductions

### Earnings

| Description | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular | 66.00 | 24.56 | 1,620.96 | 29,680.17 |
| Sick-PDO | 8.00 | 24.56 | 196.48 | 557.76 |
| Overtime | 4.00 | 37.12 | 148.50 | 3,076.23 |
| PDO-Holi | 3.00 | 24.56 | 73.68 | 377.75 |
| PDO-Vac | 2.00 | 24.56 | 49.12 | 954.41 |
| WE-Diff | 12.50 | 2 | 25.00 | 105.00 |
| Imp Life | | | 0.14 | 0.14 |
| PDO-Uns | | | | 1,216.63 |
| Giftcert | | | | 10.00 |
| Shift-2 | | | | 4.88 |

### Deductions

| Description | Current | YTD |
|---|---|---|
| 401K-EE | 42.27 | 719.45 |
| Dental | 11.98 | 227.62 |
| Med PPO | 71.53 | 1359.07 |
| V-Vision | 10.43 | 198.17 |
| Std Ins | 10.56 | 200.64 |
| Sp Life | 2.64 | 50.16 |
| Ch Life | 0.83 | 15.77 |
| MC-Pharm | 48.46 | 365.11 |
| Fndation | 4.00 | 76.00 |
| EE Life | 7.20 | 136.80 |
| AD&D-Fam | 0.92 | 17.48 |
| Scrub Cl | | 234.16 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Medicare | 29.29 | 495.87 |
| Soc Sec | 125.23 | 2120.28 |
| Fed W/H | 117.28 | 1795.83 |
| GA W/H | 80.13 | 1292.50 |

### Company Paid Benefits

| Description | Current | YTD |
|---|---|---|
| 401K-CO | 31.71 | 539.61 |
| LTD-CO | 5.70 | 99.60 |

### Totals

| Description | Current | YTD |
|---|---|---|
| Gross Pay | 2,113.88 | 35,982.97 |
| Taxable Wages | 1,977.67 | 33,478.66 |
| Taxes | 351.93 | 5,704.48 |
| Deductions | 210.82 | 3,600.43 |
| Net Pay | 1,550.99 | 26,667.92 |



**Northeast Georgia Medical Center**
743 Spring Street NE
Gainsville, GA 30501

Powered By:


## Earnings Record

| Employee | Employee No. | Check No. |
|---|---|---|
| Quinones, Margaret | | 04301219 |
| | Period End | Pay Date |
| | 08-28-2022 | 09-02-2022 |

### Direct Deposit Accounts

| Account Number | Deposit Amount |
|---|---|
| XXXXX1747 | 1,835.38 |

### Statement of Earnings and Deductions

#### Earnings

| Description | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular | 80.00 | 24.56 | 1,964.80 | 28,059.21 |
| Overtime | 6.75 | 37.01 | 249.81 | 2,927.73 |
| PDO-Uns | 8.00 | 24.56 | 196.48 | 1,216.63 |
| WE-Diff | 13.00 | 2 | 26.00 | 80.00 |
| PDO-Vac | | | | 905.29 |
| Sick-PDO | | | | 361.28 |
| PDO-Holi | | | | 304.07 |
| Giftcert | | | | 10.00 |
| Shift-2 | | | | 4.88 |

#### Deductions

| Description | Current | YTD |
|---|---|---|
| 401K-EE | 48.74 | 677.18 |
| Dental | 11.98 | 215.64 |
| Med PPO | 71.53 | 1287.54 |
| V-Vision | 10.43 | 187.74 |
| Std Ins | 10.56 | 190.08 |
| Sp Life | 2.64 | 47.52 |
| Ch Life | 0.83 | 14.94 |
| Fndation | 4.00 | 72.00 |
| EE Life | 7.20 | 129.60 |
| AD&D-Fam | 0.92 | 16.56 |
| MC-Pharm | | 316.65 |
| Scrub Cl | | 234.16 |

#### Company Paid Benefits

| Description | Current | YTD |
|---|---|---|
| 401K-CO | 36.56 | 507.90 |
| LTD-CO | 5.43 | 93.90 |

#### Taxes

| Description | Current | YTD |
|---|---|---|
| Medicare | 33.97 | 466.58 |
| Soc Sec | 145.28 | 1995.05 |
| Fed W/H | 155.29 | 1678.55 |
| GA W/H | 98.34 | 1212.37 |

#### Totals

| Description | Current | YTD |
|---|---|---|
| Gross Pay | 2,437.09 | 33,869.09 |
| Taxable Wages | 2,294.41 | 31,500.99 |
| Taxes | 432.88 | 5,352.55 |
| Deductions | 168.83 | 3,389.61 |
| Net Pay | 1,835.38 | 25,116.93 |



**Northeast Georgia Medical Center**
743 Spring Street NE
Gainsville, GA 30501

Powered By:


## Earnings Record

| Employee | Employee No. | Check No. |
|---|---|---|
| Quinones, Margaret | | 04291774 |
| | Period End | Pay Date |
| | 08-14-2022 | 08-19-2022 |

## Direct Deposit Accounts

| Account Number | Deposit Amount |
|---|---|
| XXXXX1747 | 1,703.23 |

## Statement of Earnings and Deductions

### Earnings

| Description | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular | 66.50 | 23.39 | 1,555.44 | 26,094.41 |
| Overtime | 16.50 | 35.3 | 582.46 | 2,677.92 |
| PDO-Vac | 4.00 | 23.39 | 93.56 | 905.29 |
| WE-Diff | 12.25 | 2 | 24.50 | 54.00 |
| PDO-Uns | | | | 1,020.15 |
| Sick-PDO | | | | 361.28 |
| PDO-Holi | | | | 304.07 |
| Giftcert | | | | 10.00 |
| Shift-2 | | | | 4.88 |

### Deductions

| Description | Current | YTD |
|---|---|---|
| 401K-EE | 45.12 | 628.44 |
| Dental | 11.98 | 203.66 |
| Med PPO | 71.53 | 1216.01 |
| V-Vision | 10.43 | 177.31 |
| Std Ins | 10.56 | 179.52 |
| Sp Life | 2.64 | 44.88 |
| Ch Life | 0.83 | 14.11 |
| Fndation | 4.00 | 68.00 |
| EE Life | 7.20 | 122.40 |
| AD&D-Fam | 0.92 | 15.64 |
| MC-Pharm | | 316.65 |
| Scrub Cl | | 234.16 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Medicare | 31.35 | 432.61 |
| Soc Sec | 134.04 | 1849.77 |
| Fed W/H | 133.99 | 1523.26 |
| GA W/H | 88.14 | 1114.03 |

### Company Paid Benefits

| Description | Current | YTD |
|---|---|---|
| 401K-CO | 33.84 | 471.34 |
| LTD-CO | 5.43 | 88.47 |

### Totals

| Description | Current | YTD |
|---|---|---|
| Gross Pay | 2,255.96 | 31,432.00 |
| Taxable Wages | 2,116.90 | 29,206.58 |
| Taxes | 387.52 | 4,919.67 |
| Deductions | 165.21 | 3,220.78 |
| Net Pay | 1,703.23 | 23,281.55 |




**Northeast Georgia Medical Center**
743 Spring Street NE
Gainsville, GA 30501

Powered By: my-eStub.com

## Earnings Record

| Employee | Employee No. | Check No. |
|---|---|---|
| Quinones, Margaret | | 04282451 |
| | Period End | Pay Date |
| | 07-31-2022 | 08-05-2022 |

## Direct Deposit Accounts

| Account Number | Deposit Amount |
|---|---|
| XXXXX1747 | 1,466.41 |

## Statement of Earnings and Deductions

### Earnings

| Description | Hours | Rate | Current | YTD |
|---|---|---|---|---|
| Regular | 67.00 | 23.39 | 1,567.13 | 24,538.97 |
| PDO-Uns | 16.00 | 23.39 | 374.24 | 1,020.15 |
| Overtime | | | | 2,095.46 |
| PDO-Vac | | | | 811.73 |
| Sick-PDO | | | | 361.28 |
| PDO-Holi | | | | 304.07 |
| WE-Diff | | | | 29.50 |
| Giftcert | | | | 10.00 |
| Shift-2 | | | | 4.88 |

### Deductions

| Description | Current | YTD |
|---|---|---|
| 401K-EE | 38.83 | 583.32 |
| Dental | 11.98 | 191.68 |
| Med PPO | 71.53 | 1144.48 |
| V-Vision | 10.43 | 166.88 |
| Std Ins | 10.56 | 168.96 |
| Sp Life | 2.64 | 42.24 |
| Ch Life | 0.83 | 13.28 |
| MC-Pharm | 7.31 | 316.65 |
| Fndation | 4.00 | 64.00 |
| EE Life | 7.20 | 115.20 |
| AD&D-Fam | 0.92 | 14.72 |
| Scrub Cl | | 234.16 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Medicare | 26.79 | 401.26 |
| Soc Sec | 114.54 | 1715.73 |
| Fed W/H | 96.99 | 1389.27 |
| GA W/H | 70.41 | 1025.89 |

### Company Paid Benefits

| Description | Current | YTD |
|---|---|---|
| 401K-CO | 29.12 | 437.50 |
| LTD-CO | 5.43 | 83.04 |

### Totals

| Description | Current | YTD |
|---|---|---|
| Gross Pay | 1,941.37 | 29,176.04 |
| Taxable Wages | 1,808.60 | 27,089.68 |
| Taxes | 308.73 | 4,532.15 |
| Deductions | 166.23 | 3,055.57 |
| Net Pay | 1,466.41 | 21,578.32 |