

Northeast Georgia Medical Center, Inc.    743 Spring Street Gainesville, GA 30501    +1 (770) 2199000
Margaret Quinones

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Margaret Quinones | Northeast Georgia Medical Center, Inc. | 49801 | 09/26/2022 | 10/09/2022 | 10/14/2022 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 40.50 | 1,228.00 | 118.50 | 134.11 | 65.00 | 910.39 |
| YTD | 40.50 | 39,068.18 | 2,753.90 | 6,126.31 | 1,297.12 | 28,890.85 |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| 2nd Shift Differential | | | 0 | | 4.88 | Social Security | 70.32 | 2,299.94 |
| Gift Award Certificate-Taxable | | | 0 | | 10.00 | Medicare | 16.45 | 537.89 |
| Overtime | | | 0 | | 3,288.06 | Federal Withholding | 17.12 | 1,900.08 |
| PTO Holiday | | | 0 | | 377.75 | State Tax - GA | 30.22 | 1,388.40 |
| PTO Unscheduled | | | 0 | | 1,241.19 | | | |
| PTO Vacation | | | 0 | | 954.41 | | | |
| Regular Base Pay | 09/26/2022 - 10/02/2022 | 9 | 24.56 | 221.04 | | | | |
| Regular Base Pay | 10/03/2022 - 10/09/2022 | 31.5 | 24.56 | 773.64 | 32,295.81 | | | |
| Sick Pay | 09/26/2022 - 10/09/2022 | 9.5 | 24.56 | 233.32 | 791.08 | | | |
| Weekend Differential | | | 0 | | 105.00 | | | |
| Earnings | | | | 1,228.00 | 39,068.18 | Employee Taxes | 134.11 | 6,126.31 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) EE | 24.56 | 781.16 | Employee Pharmacy | 38.85 | 408.51 |
| Dental | 11.98 | 251.58 | Foundation Giving | 4.00 | 84.00 |
| Medical PPO - Pre-tax | 71.53 | 1,502.13 | Long Term Disability | | 105.30 |
| VSP Vision | 10.43 | 219.03 | Scrub Closet | | 234.16 |
| | | | Short Term Disability | 10.56 | 221.76 |
| | | | Supplemental AD&D | 0.92 | 19.32 |
| | | | Supplemental Life | 7.20 | 151.20 |
| | | | Supplemental Spouse Life - After-tax | 2.64 | 55.44 |
| | | | Voluntary Child Life - After-tax | 0.83 | 17.43 |
| Pre Tax Deductions | 118.50 | 2,753.90 | Post Tax Deductions | 65.00 | 1,297.12 |

| Employer Paid Benefits | | | Subject or Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| 401(k) Company Match ER | 18.42 | 585.89 | OASDI - Taxable Wages | 1,134.20 | 37,095.86 |
| Basic Life - Company Paid | 0.72 | 13.86 | Medicare - Taxable Wages | 1,134.20 | 37,095.86 |
| Dental - Company Paid | 23.06 | 484.26 | Federal Withholding - Taxable Wages | 1,109.64 | 36,314.70 |
| Group Term Life | 0.14 | 0.42 | State Tax Taxable Wages - GA | 1,109.64 | 36,314.70 |
| Long Term Disability - Company Paid | 5.70 | 5.70 | | | |
| Medical HRA - Company Paid | 267.53 | 5,618.13 | | | |
| Medicare (Federal) | 16.45 | 537.89 | | | |
| Social Security - ER (Federal) | 70.32 | 2,299.94 | | | |
| Supplemental AD&D - Company Paid | 0.24 | 4.68 | | | |
| Employer Paid Benefits | 402.58 | 9,550.77 | | | |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | E - Head of Household |
| Allowances | 0 | 1 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| JP Morgan Chase Bank | JP Morgan Chase Bank ******1747 | ******1747 | | 910.39   USD |



Northeast Georgia Medical Center, Inc.  743 Spring Street Gainesville, GA 30501  +1 (770) 2199000
Margaret Quinones

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Margaret Quinones | Northeast Georgia Medical Center, Inc. | 49801 | 10/10/2022 | 10/23/2022 | 10/28/2022 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 43.25 | 1,231.98 | 117.22 | 142.67 | 114.35 | 857.74 |
| YTD | 83.75 | 40,300.16 | 2,871.12 | 6,268.98 | 1,411.47 | 29,748.59 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| 2nd Shift Differential | | | 0 | | 4.88 |
| Gift Award Certificate-Taxable | 10/10/2022 - 10/23/2022 | 0 | 0 | 68.45 | 78.45 |
| Overtime | 10/10/2022 - 10/16/2022 | 3.25 | 36.84 | 119.73 | 3,407.79 |
| PTO ATO | 10/10/2022 - 10/23/2022 | 2.5 | 24.56 | 61.40 | 61.40 |
| PTO Holiday | | | 0 | | 377.75 |
| PTO Unscheduled | | | 0 | | 1,241.19 |
| PTO Vacation | | | 0 | | 954.41 |
| Regular Base Pay | 10/10/2022 - 10/16/2022 | 40 | 24.56 | 982.40 | 33,278.21 |
| Sick Pay | | | 0 | | 791.08 |
| Weekend Differential | | | 0 | | 105.00 |
| Earnings | | | | 1,231.98 | 40,300.16 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 70.57 | 2,370.51 |
| Medicare | 16.50 | 554.39 |
| Federal Withholding | 25.08 | 1,925.16 |
| State Tax - GA | 30.52 | 1,418.92 |
| Employee Taxes | 142.67 | 6,268.98 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) EE | 23.28 | 804.44 |
| Dental | 11.98 | 263.56 |
| Medical PPO - Pre-tax | 71.53 | 1,573.66 |
| VSP Vision | 10.43 | 229.46 |
| Pre Tax Deductions | 117.22 | 2,871.12 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Employee Pharmacy | 43.20 | 451.71 |
| Foundation Giving | 4.00 | 88.00 |
| Gift Award Certificate-Offset | 45.00 | 45.00 |
| Long Term Disability | | 105.30 |
| Scrub Closet | | 234.16 |
| Short Term Disability | 10.56 | 232.32 |
| Supplemental AD&D | 0.92 | 20.24 |
| Supplemental Life | 7.20 | 158.40 |
| Supplemental Spouse Life - After-tax | 2.64 | 58.08 |
| Voluntary Child Life - After-tax | 0.83 | 18.26 |
| Post Tax Deductions | 114.35 | 1,411.47 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Company Match ER | 17.46 | 603.35 |
| Basic Life - Company Paid | 0.72 | 14.58 |
| Dental - Company Paid | 23.06 | 507.32 |
| Group Term Life | 0.14 | 0.56 |
| Long Term Disability - Company Paid | 5.70 | 11.40 |
| Medical HRA - Company Paid | 267.53 | 5,885.66 |
| Medicare (Federal) | 16.50 | 554.39 |
| Social Security - ER (Federal) | 70.57 | 2,370.51 |
| Supplemental AD&D - Company Paid | 0.24 | 4.92 |
| Employer Paid Benefits | 401.92 | 9,952.69 |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,138.18 | 38,234.04 |
| Medicare - Taxable Wages | 1,138.18 | 38,234.04 |
| Federal Withholding - Taxable Wages | 1,114.90 | 37,429.60 |
| State Tax Taxable Wages - GA | 1,114.90 | 37,429.60 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | E - Head of Household |
| Allowances | 0 | 1 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| JP Morgan Chase Bank | JP Morgan Chase Bank ******1747 | ******1747 | | 857.74 USD |



Northeast Georgia Medical Center, Inc.    743 Spring Street Gainesville, GA 30501    +1 (770) 2199000
Margaret Quinones

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Margaret Quinones | Northeast Georgia Medical Center, Inc. | 49801 | 10/24/2022 | 11/06/2022 | 11/11/2022 | |

| | Hours Worked | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 70.75 | 1,927.96 | 132.50 | 305.38 | 51.15 | 1,438.93 |
| YTD | 154.50 | 42,228.12 | 3,003.62 | 6,574.36 | 1,462.62 | 31,187.52 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| 2nd Shift Differential | | | 0 | | 4.88 |
| Gift Award Certificate-Taxable | | | 0 | | 78.45 |
| Overtime | 10/31/2022 - 11/06/2022 | 3.5 | 36.84 | 128.94 | 3,536.73 |
| PTO ATO | | | 0 | | 61.40 |
| PTO Holiday | | | 0 | | 377.75 |
| PTO Unscheduled | | | 0 | | 1,241.19 |
| PTO Vacation | 10/24/2022 - 11/06/2022 | 6 | 24.56 | 147.36 | 1,101.77 |
| Regular Base Pay | 10/24/2022 - 10/30/2022 | 27.25 | 24.56 | 669.26 | |
| Regular Base Pay | 10/31/2022 - 11/06/2022 | 40 | 24.56 | 982.40 | 34,929.87 |
| Sick Pay | | | 0 | | 791.08 |
| Weekend Differential | | | 0 | | 105.00 |
| Earnings | | | | 1,927.96 | 42,228.12 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 113.71 | 2,484.22 |
| Medicare | 26.60 | 580.99 |
| Federal Withholding | 95.42 | 2,020.58 |
| State Tax - GA | 69.65 | 1,488.57 |
| Employee Taxes | 305.38 | 6,574.36 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) EE | 38.56 | 843.00 |
| Dental | 11.98 | 275.54 |
| Medical PPO - Pre-tax | 71.53 | 1,645.19 |
| VSP Vision | 10.43 | 239.89 |
| Pre Tax Deductions | 132.50 | 3,003.62 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Employee Pharmacy | 25.00 | 476.71 |
| Foundation Giving | 4.00 | 92.00 |
| Gift Award Certificate-Offset | | 45.00 |
| Long Term Disability | | 105.30 |
| Scrub Closet | | 234.16 |
| Short Term Disability | 10.56 | 242.88 |
| Supplemental AD&D | 0.92 | 21.16 |
| Supplemental Life | 7.20 | 165.60 |
| Supplemental Spouse Life - After-tax | 2.64 | 60.72 |
| Voluntary Child Life - After-tax | 0.83 | 19.09 |
| Post Tax Deductions | 51.15 | 1,462.62 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401(k) Company Match ER | 28.92 | 632.27 |
| Basic Life - Company Paid | 0.68 | 15.26 |
| Dental - Company Paid | 23.06 | 530.38 |
| Group Term Life | | 0.56 |
| Long Term Disability - Company Paid | 5.41 | 16.81 |
| Medical HRA - Company Paid | 267.53 | 6,153.19 |
| Medicare (Federal) | 26.60 | 580.99 |
| Social Security - ER (Federal) | 113.71 | 2,484.22 |
| Supplemental AD&D - Company Paid | 0.23 | 5.15 |
| Employer Paid Benefits | 466.14 | 10,418.83 |

### Subject or Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,834.02 | 40,068.06 |
| Medicare - Taxable Wages | 1,834.02 | 40,068.06 |
| Federal Withholding - Taxable Wages | 1,795.46 | 39,225.06 |
| State Tax Taxable Wages - GA | 1,795.46 | 39,225.06 |

| | Federal | State |
|---|---|---|
| Marital Status | Head of Household | E - Head of Household |
| Allowances | 0 | 1 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| JP Morgan Chase Bank | JP Morgan Chase Bank ******1747 | ******1747 | | 1,438.93 USD |